**MEMO ENDORSED**

# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

February 26, 2025

Hon. Jessica G. L. Clarke
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Bonilla, et al
25 Cr. 55 (JGLC)

Dear Judge Clarke:

I am the assigned CJA counsel for defendant **Byrant Torres** in the above referenced case. I write today to respectfully request authorization for the expenditure of CJA funds to retain the services of Clara S. Kalhous, Esq. as associate counsel to assist me in defending Mr. Torres. Attorney Kalhous has long assisted several S.D.N.Y. CJA counsels, including me on many occasions as a CJA associate counsel.[1] Her assistance is always first rate. Ms. Kalhous is experienced and adept at reviewing digital discovery, preparing legal memoranda, preparing for and assisting at trial and appellate practice. She would be an invaluable addition to Mr. Torres defense.

Should Your Honor be inclined to grant this application it is respectfully requested that Attorneyt Kalhous be approved at the rate of $125.00 per hour for an initial period of 40 hours with leave to request additional funding should the need arise. Of course, every effort will be made to avoid duplication of the work load.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: Clara Kalhous, Esq.

---

[1] Attorney Kalhous' resume is annexed hereto.

---

Application GRANTED. The Court appoints Clara S. Kalhous as associate counsel up to 40 hours of time for Bryant Torres. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 26.

Dated: February 27, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge