# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenbergesq@gmail.com

May 9, 2025

Hon. Jessica G.L. Clarke  
United States District Court Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Bryant Torres  
25 Cr. 055 (JGLC)

Dear Judge Clarke:

    I am the CJA attorney appointed to represent Mr. Torres in the above-referenced matter. I write today to respectfully request permission for me to submit interim CJA vouchers for services rendered by me and appointed associate counsel Clara Kalhous, Esq. The granting of this application would assist counsel in the management of their practices.

    Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

Application GRANTED. Richard H. Rosenberg may filed interim vouchers. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 50.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE  
United States District Judge

Dated: May 9, 2025  
      New York, New York