

# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

| | |
|---|---|
| 217 BROADWAY | TEL: 212-586-3838 |
| SUITE 707 | FAX: 212-962-5037 |
| NEW YORK, NEW YORK 10007 | richrosenbergesq@gmail.com |

September 5, 2025

*Application GRANTED. Mr. Torres' conditions of bail are modified from "home detention" to "curfew", with hours and technology to be set by Pretrial Services. All other conditions of bail shall remain in effect. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 63.*

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*Dated: September 5, 2025*
*New York, New York*

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Re:   United States v. Torres,
         25 Cr. 55 (JGLC)

Dear Judge Clarke:

    On behalf of Bryant Torres, we respectfully move for a modification of the terms of his pretrial release from home detention to a curfew. The Court ordered Mr. Torres released on a $100,000 bond secured by four financially responsible persons; location monitoring with home detention; and (*inter alia*) instructions to actively seek employment. Mr. Torres was released on March 7, 2025. He was recently hired as a valet parking attendant at a New York City hospital. His work hours are 2:30 pm through 10:30 pm Monday through Friday.

    Pretrial Services has confirmed that, in consideration of Mr. Torres' work obligations and his desire to seek additional employment on the weekends, it would make sense to move him from home detention to a curfew, with the parameters of the curfew to be set at the discretion of Pretrial Services. The Government advises that it defers to the judgment of Pretrial Services.

    We thank the Court for its consideration of this request.

                                                           Respectfully submitted,
                                                           ___/s/_____
                                                           Richard H. Rosenberg, Esq.

Cc:   AUSA Jared Hoffman (by ECF)
        U.S. Pretrial Services Officer Ashley Cosme (by email)