UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRYANT TORRES<br><br>                    Defendant. | 25-CR-55-4 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court has rescheduled the sentencing as to Defendant Bryant Torres, originally scheduled for December 9, 2025, to **Wednesday, January 7, 2026 at 11:30 a.m.** in Courtroom 11B at 500 Pearl Street, New York, New York 10007.

Dated: November 4, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge