**MEMO ENDORSED**

# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

December 18, 2025

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Application GRANTED. The sentencing submission deadlines are EXTENDED as followed: Defendant's submission shall be filed by December 19, 2025, and the Government's sentencing submission shall be filed by December 26, 2025. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 92.

Dated: December 19, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Re:   United States v. Torres,
      25 Cr. 55 (JGLC)

Dear Judge Clarke:

On behalf of Bryant Torres, who will appear for sentencing in this matter on January 7, 2026, the Defense writes to apologize for failing to submit the sentencing memorandum for Mr. Torres yesterday, December 17, 2025, due to a calendaring error. We regret the oversight. With the Government's consent, we respectfully ask the Court's leave to submit the sentencing memorandum on Mr. Torres' behalf by the end of the day tomorrow, December 19, 2025.

We have confirmed that the Government does not object to our submitting the sentencing memorandum for Mr. Torres on December 19, 2025, as long as the Government's deadline to respond is correspondingly adjusted by two days, to December 26, 2025. For these reasons, we very respectfully move for a short extension of the dates for sentencing submissions for both the Defense and the Government, making them due on December 19, 2025, and December 26, 2025, respectively.

We again apologize for any inconvenience and thank the Court for its consideration and continued courtesies to counsel.

Respectfully submitted,
____/s/_____
Richard H. Rosenberg, Esq.

Cc:   AUSA.Jared Hoffman (by ECF and email)
      Clara Kalhous, Esq. (by ECF and email)