

# RICHARD H. ROSENBERG

## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

January 13, 2026

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Application GRANTED. Pretrial Services Office is directed to return Mr. Torres' passport back to him or his counsel. The Clerk of Counsel is respectfully directed to terminate the letter motion at ECF No. 106.**

**Dated: January 13, 2026**
**New York, New York**

**SO ORDERED.**

*Jessica Clarke*

**JESSICA G. L. CLARKE**
**United States District Judge**

Re:     United States v. Torres,
        25 Cr. 55 (JGLC)

Dear Judge Clarke:

On January 6, 2026, the Court sentenced Mr. Torres to a sentence of time served with three years of supervised release. Mr. Torres' passport was held by Pretrial Services as a condition of his pretrial release. Now that he has been sentenced, I am informed by the Pretrial Services Office that they require an Order from Your Honor to release Mr. Torres's passport to him.

Because Pretrial Services no longer has grounds to retain Mr. Torres's passport, I therefore respectfully move the Court to direct the release of the passport to Mr. Torres by endorsing this letter request.

Thank you for your consideration and continued courtesies to counsel.

Respectfully submitted,
___/s/_____
Richard H. Rosenberg, Esq.

Cc:     AUSA Jared Hoffman (by ECF)
        Mr. Bryant Torres (by email)