
**MEMO ENDORSED**

# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

January 15, 2026

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Application GRANTED.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: January 20, 2026
New York, New York

Re:    United States v. Torres,
25 Cr. 55 (JGLC)

Dear Judge Clarke:

On February 27, 2025, Your Honor granted my request to appoint Clara Kalhous, Esq., as associate counsel to Bryant Torres pursuant to the Criminal Justice Act at the rate of $125 per hour for an initial period of 40 hours with leave to seek additional funding, should the need arise. *See* Dkt. #30.

As Your Honor is aware, Mr. Torres pled guilty in this case and was sentenced on January 6, 2026. Between February 27, 2025, and January 6, 2026, Ms. Kalhous expended a total of 46 hours on Mr. Torres's case, including, *inter alia*, meetings and conferences with Mr. Torres; reviewing discovery; gathering records and character references in anticipation of sentencing; and drafting the sentencing memorandum submitted to the Court in anticipation of sentencing.

Because Ms. Kalhous' work on Mr. Torres's case was performed at my direction and request with regard only for the needs of the client, I respectfully ask the Court to approve the additional 6 hours that Ms. Kalhous spent on the case in excess of the February 27, 2025, authorization *nunc pro tunc* to permit Ms. Kalhous to be compensated in full for her services.

Thank you for your consideration of this request and for continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg, Esq.